IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROBIN LYNN BUSBY | : CIVIL ACTION<br>:<br>: NO. 22-3257<br>:<br>: BKY. NO. 20-10520 |

## ORDER

AND NOW, this 14th day of December 2022, upon considering the Debtor/Appellant's Notice of appeal (ECF Doc. No. 1), the parties' briefing (ECF Doc. Nos. 8, 9, 10), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. We **AFFIRM** the August 1, 2022 Order of the United States Bankruptcy Court (ECF Doc. No. 8 at 3a);

2. The appeal is **DISMISSED**; and,

3. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.